IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 3:13-00006 |
| | ) | |
| vs. | ) | |
| | ) | Judge Nixon |
| CURTIS ROBINSON | ) | |
| | ) | |
| | ) | |

## MOTION TO SET CASE FOR CHANGE OF PLEA HEARING

Comes now, Defendant Curtis Robinson, by and through undersigned counsel, and hereby moves the Court to set the above referenced matter for a change of plea hearing. The case is not currently set for trial. Opposing counsel is in agreement with the granting of this Motion

*Granted. Set for March 29, 2013 at 10:00 a.m.* /s/

Respectfully submitted,

**MCKENZIE|JACKSON, PLC**

By:/s/ Cynthia S. McKenzie
Cynthia S. McKenzie (BPR #20911)
Anton L. Jackson (BPR #26394)
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
(615) 873-5670
(615) 873-5671 (fax)

*Counsel for Defendant Curtis Robinson*