UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | No. 3:13-cr-00006 |
| | ) | |
| CURTIS ROBINSON | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Defendant Curtis Robinson, by and through undersigned counsel, and for good cause shown hereby moves this Court to continue the sentencing hearing currently set for June 27, 2013, until September 2013, at a time to be set by this Court.

Undersigned counsel has conferred with Assistant United States Attorney General Braden H. Boucek, who states that the Government agrees to the continuance of this sentencing hearing.

Respectfully submitted,

*Granted*
*Re-set for Oct. 4, 2013 at 10:00 a.m.*

THE MCKENZIE FIRM, PLC

By:/s/ Cynthia S. McKenzie
Cynthia S. McKenzie (BPR #20911
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
(615) 873-5670
(615) 873-5671 (fax)

*Counsel for Defendant Curtis Robinson*