IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:13-cr-00006-1 |
| v. | ) | |
| | ) | Judge Nixon |
| CURTIS DEWAYNE ROBINSON | ) | |

## ORDER

Pending before the Court is Defendant Curtis Dewayne Robinson's Motion to Continue Sentencing ("Motion"), in which Mr. Robinson requests the Court continue his sentencing, currently scheduled for April 21, 2014, to a date during the period of May 9–13, 2014. (Doc. No. 31.) Counsel for Mr. Robinson represents she has conferred with the Government and that the Government is unopposed to a continuance, but has not indicated whether it is amenable to the dates suggested by Mr. Robinson in his Motion. (*Id.*) The Court finds Mr. Robinson's request to be reasonable and hereby **GRANTS** the Motion. Mr. Robinson's sentencing is **CONTINUED** to **May 12, 2014**, at **10:00 a.m.**

It is so ORDERED.

Entered this the 16 day of April, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT