# UNITED STATES DISTRICT COURT
Middle District of Tennessee

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| CURTIS DEWAYNE ROBINSON | ) | |
| | ) | Case No.  3:13-cr-00006 |
| | ) | USM No.  21552-075 |
| | ) | Cynthia Sherwood |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful use of a controlled substance | 05/15/2020 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  4083

Defendant's Year of Birth:   1984

City and State of Defendant's Residence:
Cookeville, TN

09/29/2020
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

October 2, 2020
Date

DEFENDANT: CURTIS DEWAYNE ROBINSON
CASE NUMBER: 3:13-cr-00006

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

Defendant is to continue on his previously imposed supervised release, which is set to expire on July 19, 2022.